Scott M. Tidwell, Tidwell & Tidwell, Odessa, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

James Earl Magers appeals his conviction for possession of cocaine and the consequent revocation of a term of supervised release. Magers does not dispute that he possessed cocaine, but he argues that the trial evidence failed to establish that his possession of the drug was knowing or intentional.

In light of the evidence of contradictory and implausible explanations offered by Magers, a rational juror could have concluded that Magers knowingly or intentionally possessed cocaine. *United States v. Lopez,* 74 F.3d 575, 577 (5th Cir.1996); *United States v. Jaramillo,* 42 F.3d 920, 923 (5th Cir.1995). As the evidence supports the conviction for possession of cocaine, the revocation of Magers's term of supervised release was clearly within the discretion of the district.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

UNITED STATES of America, Plaintiff–Appellee,

v.

Victor BARBOZA–GARCIA, Defendant–Appellant.

No. 05–51093
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

March 7, 2007.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Victor Barboza–Garcia raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

342

the judgment of the district court is AF-FIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Esteban ALONZO–SIERRA,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Esteban Alonzo–Sierra, also known as Manuel Martinez, also known as Esteban Alonzo, also known as Esteban Sierra, Defendant–Appellant.**

**Nos. 06–50807, 06–50815**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 7, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgments in Criminal Cases, Esteban Alonzo–Sierra raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgments of the district court are AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus Manuel CARMONA–SAMBRANO, Defendant–Appellant.**

**No. 06–50901**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 7, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.